

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

## THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KAREN K. RHAU**
Labor and Employment Law Division
phone: (212) 356-2475
email: krhau@law.nyc.gov

June 18, 2024

The conference scheduled for June 21, 2024 is adjourned until August 2, 2024 at 10 a.m.

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
June 18, 2024

**BY ECF AND BY FAX**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re:   Huda Ahmad a/k/a Huda Bowman v. The City of New York, et al.
      Docket No. 23 Civ. 04269 (AKH)

Dear Judge Hellerstein:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for The City of New York ("City") and the NYPD (collectively "City Defendants") in the above-referenced matter. In accordance with Your Honor's Individual Rules of Practice, I write to request that the case management conference scheduled for Friday, June 21, 2024 be adjourned to Friday, August 2, 2024, or another date convenient for this Court.

Since the status conference on April 12, 2024, the parties have commenced settlement discussions. The adjournment is necessary to allow those discussions to continue to allow resolution of this case without the need for further litigation.

This is City Defendants' first request for an adjournment of the case management conference. Plaintiff and Defendant Pagan consent to this adjournment. All parties are available on August 2, 2024 for a case management conference.

In terms of case deadlines, discovery closes on January 31, 2025 and a case management conference is scheduled for February 14, 2025.

Accordingly, Defendants respectfully request that the Court adjourn the case management conference to August 2, 2024, or another date convenient for the Court.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Karen K. Rhau*
Karen K. Rhau
Assistant Corporation Counsel

cc:   **Via ECF**
      John Scola, Esq.
      Law Office of John A. Scola, PLLC
      Attorneys for Plaintiff

      Louis C. Lapietra, Esq.
      La Pietra & Krieger, P.C.
      Attorneys for Defendant Pagan